# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>WALTER ATKINS (1),<br><br>                    Defendant. | Case No.:   19CR2161-H<br><br>JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT AND RECALL ARREST WARRANT |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Indictment with respect to Defendant Walter Atkins is dismissed with prejudice and the warrant issued for his arrest is recalled.

SO ORDERED.

DATED: June 25, 2026.

_____
HON. MARILYN L. HUFF
United States District Judge